Certificate Number: 15317-OHN-DE-032921180

Bankruptcy Case Number: 19-11300



15317-OHN-DE-032921180

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 4, 2019</u>, at <u>7:41</u> o'clock <u>PM PDT</u>, <u>Jarrett Perry</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Ohio</u>.

Date: <u>June 4, 2019</u>　　　By: <u>/s/Rose Benito</u>

　　　　　　　　　　　　　　　Name: <u>Rose Benito</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>