Certificate Number: 15317-OHN-DE-032921181

Bankruptcy Case Number: 19-11300



15317-OHN-DE-032921181

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2019, at 7:41 o'clock PM PDT, Cynthia Perry completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: June 4, 2019

By: /s/Rose Benito

Name: Rose Benito

Title: Counselor